**Order entered April 30, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01059-CV

### KOFI OBENG AND OBENSTAR, LLC, Appellants

### V.

### COPART, INC., COPART OF TEXAS, INC., AND COPART OF HOUSTON, INC., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02553-B**

### ORDER

On March 11, 2021, we granted appellants' counsel's motion to withdraw, informed appellant Obenstar, LLC that, as a business entity, it would be unable to proceed in this appeal without counsel, and extended the deadline for filing appellants' brief to May 3rd. Before the Court is appellants' April 29, 2021 motion to allow more time for obtaining counsel and filing their brief.

We **GRANT** the motion. We **ORDER** Obenstar to notify the Court no later than June 1, 2021 of new counsel's name, State Bar number, and contact

information.  We further **ORDER** appellants' brief be filed no later than July 1, 2021.  As the brief was first due April 1, 2021, we caution that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE